UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:                                                                     CASE NO: 23-03095-DSC13

KERRY B. HUTSLER

Debtor.

## TRUSTEE'S MOTION TO DISMISS

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and moves this Honorable Court to dismiss the Debtor's case. As grounds therefore, the Trustee shows the following:

1. The Trustee files this motion pursuant to 11 U.S.C. § 1307(c).

2. There has been a material default by the Debtor with respect to a term of the confirmed plan.

3. The Debtor is not making plan payments as required by the Confirmation Order.

WHEREFORE, the Trustee moves this Honorable Court to dismiss this case. The Trustee requests such other relief as the Court deems appropriate.

                                                  /s/ Bradford W. Caraway
                                                  Bradford W. Caraway
                                                  Chapter 13 Standing Trustee
                                                  P.O. Box 10848
                                                  Birmingham, AL 35202
                                                  (205) 323-4631

### Certificate of Service

I hereby certify that a correct copy of the foregoing motion has been forwarded by email or U.S. mail, to the following on this the 25th day of June, 2024:

KERRY B. HUTSLER

C TAYLOR CROCKETT, ATTY

                                                  /s/ Bradford W. Caraway
                                                  TRUSTEE

KERRY B. HUTSLER
13 DOGWOOD TRAIL
ALABASTER, AL 35007